

**PHH**
MORTGAGE

Mortgage Service Center
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Off-Scheduled Escrow Statement
January 19, 2016

**Questions?**

**Visit us at**
www.MortgageQuestions.com
**Call toll free** 1-800-449-8767
**Fax** 1-856-917-8300

9006376 NK 4518 RE          PH
KIRK A SCHILLING
JENNIFER R SCHILLING
324 HARVEST ST
MILLSTADT, IL 62260

---

**Why am I getting this statement?**

In accordance with federal guidelines your escrow account is reviewed at least one time per year; however, certain circumstances may require an additional review. This statement is a result of that review known as an escrow analysis statement, which determines if sufficient funds are available to pay your taxes and/or insurance. This statement is a projection of your escrow account and may also include a history of the escrow activity on your loan since the time you last received an escrow analysis statement.

**What does this mean to me?**

Because your escrow account is projected to have less money than is needed, there is a shortage of **$58.80**.

**Option 1)** Do Nothing: The monthly shortage for the next 12 months is **$4.90** and will automatically be added to your monthly payment beginning **April 2016**. Your new monthly payment for **April 2016** will be **$1,827.35**.

**Option 2)** Pay the escrow shortage as a lump sum using the attached shortage coupon. If you pay your escrow shortage by **March 20, 2016**, then your new monthly payment will be **$1,822.45** effective with your **April 2016** mortgage payment.

**What is a shortage?**

A shortage is the difference between the **anticipated** escrow balance and the **required** escrow balance at the beginning of the analysis cycle. A shortage typically results from changes in taxes and/or insurance. Please refer to the enclosed FAQ for additional information.

| | |
|---|---|
| **Anticipated** escrow account balance (as of March 31, 2016): | $2,820.33 |
| Escrow adjusted per Proof of Claim* | $558.62 |
| **Required** escrow account balance (as of March 31, 2016 ): | $3,437.75 |
| **Difference resulting in an escrow account shortage:** | **$58.80** |

*This amount reflects the adjustment made for the Bankruptcy Proof of Claim:

See reverse ➜

For customers in active bankruptcy and customers who have been discharged from their debt through a Chapter 7 bankruptcy, this is not an attempt to collect a debt; this statement is being sent for informational purposes only.

Page 1 of 3

*Tear off here*

## Escrow analysis Coupon

Borrower Name: KIRK A SCHILLING

☐ I choose to repay the shortage of $ _____ in full.

**Shortage Amount: $58.80**

Make the check payable to **PHH MORTGAGE** and mail it with this coupon in the envelope provided. Your lump sum payment must be received by **March 20, 2016** to be effective with your **April 2016** payment.

You may also pay your shortage online by visiting the website shown at the top of this statement.

PHH MORTGAGE
PO BOX 371867
PITTSBURGH, PA 15250-7867

## What is my new monthly payment?

The following table reflects your current monthly payment and new monthly payment for each option:

|  | Current Payment | New Payment with Shortage – Opt 1 | New Payment without Shortage – Opt 2 |
|---|---|---|---|
| Principal & Interest | $1,223.08 | $1,223.08 | $1,223.08 |
| Escrow Deposit | $569.97 | $599.37 | $599.37 |
| Escrow Shortage |  | $4.90 |  |
| **Total Payment** | **$1,793.05** | **$1,827.35** | **$1,822.45** |

*If your payment is issued by a third party, or if you make payments through a bill pay service, then please make sure your new total monthly payment amount is updated with your service provider.*

## Payment Change Breakdown

Below are the escrow items we anticipate collecting for and paying on your behalf over the next 12 months. To calculate your new monthly escrow payment of $599.37, we added up the actual or estimated tax and insurance payments for the next 12 months beginning with the April 2016 payment and divided the total by 12. Included for the comparison are the Annual Payments we projected to pay during the **last analysis cycle**, as displayed in detail in the history portion of the escrow analysis statement.

| Description | Current Annual Payment | Projected Annual Payment |
|---|---|---|
| Taxes | $4,566.86 | $4,919.66 |
| Insurance | $1,008.00 | $1,008.00 |
| Mortgage Insurance | $1,264.80 | $1,264.80 |
| **TOTAL** | **$6,839.66** | **$7,192.46** |

## Prior Year Account History and Coming Year Projections

This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure and projects payments, disbursements and balances for the coming year. The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or date.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $987.94 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise.

Your projected anticipated lowest account balance of $370.52 will be reached in August 2016. When subtracted from your minimum required balance of $987.94, an Escrow Shortage results in the amount of $58.80. These amounts are indicated with **LP**. You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If you have any questions about this statement, please call our Customer Service Department toll free at **1-800-449-8767.**

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you do not want us to use the information from your check to make a one time electronic funds transfer or if you have any questions, please call us at the phone number shown on the front of this statement.





**PHH**
**MORTGAGE**

Mortgage Service Center
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Off-Scheduled Escrow Statement (continued)
January 19, 2016

KIRK A SCHILLING
JENNIFER R SCHILLING
324 HARVEST ST
MILLSTADT, IL 62260

**Questions?**
Visit us at
www.MortgageQuestions.com
Call toll free 1-800-449-8767
Fax 1-856-917-8300

### Escrow account projections for the coming year

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| | Opening balance | | | 2,820.33 | 3,437.75 |
| Apr 2016 | PMI | 599.37 | 105.40 | 3,314.30 | 3,931.72 |
| May 2016 | PMI | 599.37 | 105.40 | 3,808.27 | 4,425.69 |
| May 2016 | COUNTY TAX | | 2,459.83 | 1,348.44 | 1,965.86 |
| Jun 2016 | PMI | 599.37 | 105.40 | 1,842.41 | 2,459.83 |
| Jul 2016 | PMI | 599.37 | 105.40 | 2,336.38 | 2,953.80 |
| Aug 2016 | PMI | 599.37 | 105.40 | 2,830.35 | 3,447.77 |
| Aug 2016 | COUNTY TAX | | 2,459.83 | 370.52 | 987.94 LP |
| Sep 2016 | PMI | 599.37 | 105.40 | 864.49 | 1,481.91 |
| Oct 2016 | PMI | 599.37 | 105.40 | 1,358.46 | 1,975.88 |
| Nov 2016 | PMI | 599.37 | 105.40 | 1,852.43 | 2,469.85 |
| Dec 2016 | PMI | 599.37 | 105.40 | 2,346.40 | 2,963.82 |
| Jan 2017 | PMI | 599.37 | 105.40 | 2,840.37 | 3,457.79 |
| Feb 2017 | PMI | 599.37 | 105.40 | 3,334.34 | 3,951.76 |
| Mar 2017 | PMI | 599.37 | 105.40 | 3,828.31 | 4,445.73 |
| Mar 2017 | HAZARD INS. | | 1,008.00 | 2,820.31 | 3,437.73 |
| **Total** | | **$7,192.44** | **$7,192.46** | | |

LP - indicates your required escrow lowest balance

### Prior year account History

| Date | Description | Amounts paid into your escrow account Anticipated ($) | Actual ($) | Amounts paid out of your escrow account Anticipated ($) | Actual ($) | Escrow account balance Anticipated ($) | Actual ($) |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | 3,637.72 | 3,637.72 |
| May 2015 | PMI | 569.97 | 569.97 | 105.40 | * | 4,102.29 | 4,207.69 |
| May 2015 | COUNTY TAX | | | 2,283.43 | * | 1,818.86 | 4,207.69 |
| May 2015 | PMI | | | | 105.40* | 1,818.86 | 4,102.29 |
| Jun 2015 | PMI | 569.97 | 569.97 | 105.40 | * | 2,283.43 | 4,672.26 |
| Jun 2015 | PMI | | | | 105.40* | 2,283.43 | 4,566.86 |
| Jun 2015 | COUNTY TAX | | | | 2,459.83* | 2,283.43 | 2,107.03 |
| Jul 2015 | PMI | 569.97 | 569.97 | 105.40 | * | 2,748.00 | 2,677.00 |
| Jul 2015 | PMI | | | | 105.40* | 2,748.00 | 2,571.60 |
| Jul 2015 | COUNTY TAX | | | | 2,459.83* | 2,748.00 | 111.77 |
| Aug 2015 | PMI | 569.97 | * | 105.40 | * | 3,212.57 | 111.77 |
| Aug 2015 | COUNTY TAX | | | 2,283.43 | * | 929.14 | 111.77 |
| Aug 2015 | PMI | | | | 105.40* | 929.14 | 6.37 |
| Sep 2015 | PMI | 569.97 | * | 105.40 | * | 1,393.71 | 6.37 |
| Sep 2015 | PMI | | | | 105.40* | 1,393.71 | -99.03 |
| Oct 2015 | PMI | 569.97 | * | 105.40 | * | 1,858.28 | -99.03 |
| Oct 2015 | PMI | | | | 105.40* | 1,858.28 | -204.43 |
| Nov 2015 | PMI | 569.97 | * | 105.40 | * | 2,322.85 | -204.43 |
| Nov 2015 | PMI | | | | 105.40* | 2,322.85 | -309.83 |
| Dec 2015 | PMI | 569.97 | * | 105.40 | * | 2,787.42 | -309.83 |
| Dec 2015 | PMI | | | | 105.40* | 2,787.42 | -415.23 |
| Jan 2016 | PMI | 569.97 | 3,419.82 E | 105.40 | E | 3,251.99 | 3,004.59 |
| Jan 2016 | PMI | | | | 105.40* | 3,251.99 | 2,899.19 |
| Feb 2016 | PMI | 569.97 | 569.97 E | 105.40 | 105.40E | 3,716.56 | 3,363.76 |
| Mar 2016 | PMI | 569.97 | 569.97 E | 105.40 | 105.40E | 4,181.13 | 3,828.33 |
| Mar 2016 | HAZARD INS. | | E | 1,008.00 | 1,008.00E | 3,173.13 | 2,820.33 |
| Apr 2016 | PMI | 569.97 | * | 105.40 | * | 3,637.70 | |
| **Total** | | **6,839.64** | **6,269.67** | **6,839.66** | **7,087.06** | | |



PHH
MORTGAGE

Mortgage Service Center
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your annual escrow statement
March 17, 2015

**Questions?**

Visit us at
www.MortgageQuestions.com
Call toll free 1-800-449-8767
Fax 1-856-917-8300

KIRK A SCHILLING
JENNIFER R SCHILLING
324 HARVEST ST
MILLSTADT, IL  62260

**Your current monthly
mortgage payment
as of** 03/17/2015          $1,804.87

**Your new monthly mortgage
payment effective in May 2015**

| | |
|---|---|
| Principal and interest | $1,223.08 |
| Escrow deposit* | $569.97 |
| **Total new monthly payment** | $1,793.05 |

### Your escrow account balance

| | |
|---|---|
| Your projected balance on April 30, 2015 | 3,906.68 |
| Your required balance on April 30, 2015 | 3,637.72 |
| **Your escrow account overage** | **$268.96** |

### Your escrow account has an overage

The projected balance in your account will be greater than the required balance. This means that your escrow account has an overage.  We have attached below a check for $268.96.

Visit our website for up-to-date information about tax and insurance disbursements, recent payments, account balances and more!

### How we calculated your new monthly escrow payment

To calculate your new monthly escrow payment, we added up the estimated or actual tax and insurance payments on your account for the 12 months starting with May 2015, and divided the total by 12.

| | |
|---|---|
| MORTGAGE INS | $1,264.80 |
| COUNTY TAX | $4,566.86 |
| HAZARD INS | $1,008.00 |
| **Total** | **$6,839.66** |
| *Your new monthly escrow payment (one-twelfth of the total) | **$569.97** |

### Your escrow account projections for the next year

| Date | Description | Estimated amounts paid into your escrow account ($) | Estimated amounts paid out of your escrow account ($) | Estimated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| | Opening balance | | | 3,906.68 | 3,637.72 |
| May | PMI | 569.97 | 105.40 | 4,371.25 | 4,102.29 |
| May | COUNTY TAX | | 2,283.43 | 2,087.82 | 1,818.86 |
| June | PMI | 569.97 | 105.40 | 2,552.39 | 2,283.43 |
| July | PMI | 569.97 | 105.40 | 3,016.96 | 2,748.00 |
| August | PMI | 569.97 | 105.40 | 3,481.53 | 3,212.57 |
| August | COUNTY TAX | | 2,283.43 | 1,198.10 | 929.14* |
| September | PMI | 569.97 | 105.40 | 1,662.67 | 1,393.71 |
| October | PMI | 569.97 | 105.40 | 2,127.24 | 1,858.28 |
| November | PMI | 569.97 | 105.40 | 2,591.81 | 2,322.85 |
| December | PMI | 569.97 | 105.40 | 3,056.38 | 2,787.42 |
| January | PMI | 569.97 | 105.40 | 3,520.95 | 3,251.99 |
| February | PMI | 569.97 | 105.40 | 3,985.52 | 3,716.56 |
| March | PMI | 569.97 | 105.40 | 4,450.09 | 4,181.13 |
| March | HAZARD INS. | | 1,008.00 | 3,442.09 | 3,173.13 |
| April | PMI | 569.97 | 105.40 | 3,906.66 | 3,637.70 |

* Your required escrow account balance is the amount required by federal law, state law and your mortgage contract.  It may include a cushion of up to $929.14 (up to 2/12ths of the total estimated amount being paid out of your escrow account).

*Tear off here*

Page 1 of 2

**The check information is intentionally omitted on this image.**

## Escrow Account History

This is a statement of actual activity in your escrow account shown in comparison to the projections we used in your prior escrow analysis.

| Date | Description | Amounts paid into your escrow account Estimated ($) | Actual ($) | Amounts paid out of your escrow account Estimated ($) | Actual ($) | Escrow account balance Estimated ($) | Actual ($) |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | 3,764.66 | 3,704.35 |
| May | PMI | 581.79 | 642.30* | 105.40 | * | 4,241.25 | 4,346.65 |
| May | COUNTY TAX | | | 2,358.82 | 2,283.43* | 1,882.43 | 2,063.22 |
| May | PMI | | | | 105.40* | 1,882.43 | 1,957.82 |
| June | PMI | 581.79 | 581.79 | 105.40 | * | 2,358.82 | 2,539.61 |
| June | PMI | | | | 105.40* | 2,358.82 | 2,434.21 |
| July | PMI | 581.79 | 581.79 | 105.40 | * | 2,835.21 | 3,016.00 |
| July | PMI | | | | 105.40* | 2,835.21 | 2,910.60 |
| August | PMI | 581.79 | 581.79 | 105.40 | * | 3,311.60 | 3,492.39 |
| August | COUNTY TAX | | | 2,358.82 | 2,283.43* | 952.78 | 1,208.96 |
| August | PMI | | | | 105.40* | 952.78 | 1,103.56 |
| September | PMI | 581.79 | 581.79 | 105.40 | * | 1,429.17 | 1,685.35 |
| September | PMI | | | | 105.40* | 1,429.17 | 1,579.95 |
| October | PMI | 581.79 | 581.79 | 105.40 | * | 1,905.56 | 2,161.74 |
| October | PMI | | | | 105.40* | 1,905.56 | 2,056.34 |
| November | PMI | 581.79 | 581.79 | 105.40 | * | 2,381.95 | 2,638.13 |
| November | PMI | | | | 105.40* | 2,381.95 | 2,532.73 |
| December | PMI | 581.79 | 581.79 | 105.40 | * | 2,858.34 | 3,114.52 |
| December | PMI | | | | 105.40* | 2,858.34 | 3,009.12 |
| January | PMI | 581.79 | 581.79 | 105.40 | * | 3,334.73 | 3,590.91 |
| January | PMI | | | | 105.40* | 3,334.73 | 3,485.51 |
| February | PMI | 581.79 | 581.79 | 105.40 | * | 3,811.12 | 4,067.30 |
| February | PMI | | | | 105.40* | 3,811.12 | 3,961.90 |
| February | HAZARD INS. | | | 1,008.00* | | 3,811.12 | 2,953.90 |
| March | PMI | 581.79 | 581.79 | 105.40 | * | 4,287.51 | 3,535.69 |
| March | HAZARD INS. | | | 999.00 | * | 3,288.51 | 3,535.69 |
| March | PMI | | | | 105.40* | 3,288.51 | 3,430.29 |
| April | PMI | 581.79 | 581.79 E | 105.40 | 105.40E | 3,764.90 | 3,906.68 |

*An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. The letter (E) beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year, we estimated that the total amount paid out of your escrow account would be $6,981.44.

Under federal law, your lowest actual escrow account balance should not have been more than $952.78. Your required escrow account balance is the amount required by federal law, state law and your mortgage contract. In addition to the actual projected disbursements from the account, your escrow account balance may include an amount not greater than one-sixth (1/6) of the estimated total annual disbursements from the escrow account.