**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under |
| | ) | Chapter 13 |
| KIRK ALFRED SCHILLING, | ) | |
| JENNIFER REBECCA SCHILLING, | ) | |
|    Debtors. | ) | BK: 16-30026 |
| | ) | |

**<u>ORDER</u>**

This cause coming before the Court on the Debtors' Amended Motion to Modify Mortgage Loan, the Trustee having no objection and the Court being fully advised in the premises; IT IS HEREBY ORDERED that the Amended Motion to Modify Mortgage Loan is GRANTED.  Debtors are granted 30 days to file amended schedules I & J to show current income and expenses, and amend plan to address the loan modification. Failure to file the required schedules and documents within the time allotted will result in dismissal of this case without further notice or hearing.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: April 28, 2016

                                                /s/ Laura K. Grandy
                                              UNITED STATES BANKRUPTCY JUDGE/6