IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| KIRK A. SCHILLING<br>JENNIFER R. SCHILLING, | NO. 16-30026<br>JUDGE: Grandy |
| DEBTORS | |

<u>PHH MORTGAGE CORPORATION'S MOTION TO WITHDRAW CLAIM NUMBER 4</u>

NOW COMES the Movant, PHH Mortgage Corporation, by and through its attorneys, Shapiro Kreisman & Associates, LLC and states as follows:

1.   The Debtors filed a Petition pursuant to 11 USC 1301, et seq., on January 13, 2016, listing Movant as a creditor by virtue of a note secured by a mortgage on the Debtors' principal residence, commonly known as: 324 Harvest Street, Millstadt, IL 62260.

2.   Payments due under the subject loan documents were in default when the case was filed. Accordingly, the Movant filed Claim Number 4.

3.   Subsequent to the filing of that claim, the parties modified the loan, thereby obviating the necessity of that claim.

WHEREFORE, PHH Mortgage Corporation. moves this Honorable Court to withdraw Claim Number 4.

Respectfully submitted,

    /s/ Richard B. Aronow
Attorney for PHH Mortgage Corporation

CERTIFICATE OF SERVICE

   The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtors at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on June 13, 2016, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

      Respectfully Submitted,

      /s/ Richard B. Aronow
      Richard B. Aronow

Russell C Simon, CH 13 Trustee, 24 Bronze Pointe, Swansea, IL 62226
William A. Mueller, Mueller Associates, 5312 W Main, Belleville, IL 62226
Kirk A. Schilling, 324 Harvest Street, Millstadt, IL 62260
Jennifer R. Schilling, 324 Harvest Street, Millstadt, IL 62260
U.S. Trustee, 401 Main Street, Suite 1100, Peoria, IL 61602

Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
15-078022

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**