IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                    )        In proceedings under
   Kirk A Schilling                        )            Chapter 13
                                          )
Jennifer R Schilling                      )
      Debtor(s).                      )        Bk. No.:  16-30026

### CHAPTER 13 TRUSTEE'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

   **COMES NOW,** RUSSELL C. SIMON, Chapter 13 Trustee, and files this Objection to Creditor's Notice of Mortgage Payment Change, filed on March 02, 2017 as a supplement to Court Claim #4, and  in support thereof would respectfully show unto this Court the following:

The Creditor is attempting to supplement a proof of claim that was previously withdrawn.

     **WHEREFORE, PREMISES CONSIDERED,** Russell C. Simon, Chapter 13 Trustee, respectfully prays that the Notice is disallowed, and for all other relief this Court deems just and equitable.

**/s/ Russell C. Simon**
RUSSELL C. SIMON, Trustee
Chapter 13 Trustee
24 Bronze Pointe
Swansea, Illinois  62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

Dated: March 06, 2017

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Chapter 13 Trustee's Objection to Notice of Mortgage Payment Change was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Monday, March 6, 2017.

/s/Danielle

Kirk A Schilling
Jennifer R Schilling
324 Harvest St
Millstadt, IL  62260

WILLIAM A. MUELLER
5312 WEST MAIN ST.
BELLEVILLE, IL 62226

PHH MORTGAGE CORP
1 MORTGAGE WAY
MAILSTOP SBRP
MT LAUREL, NJ  08054

SHAPIRO KREISMAN & ASSOCIATES LLC
2121 WAUKEGAN RD STE 301
BANNOCKBURN, IL  60015

PHH MORTGAGE CORPORATION
1 MORTGAGE WAY
MAIL STOP SV01
MOUNT LAUREL, NJ  08054